Per curiam.

---

**The People of the State of Illinois, defendant in error, v. Dave Ostran, plaintiff in error. Gen. No. 30,314.**

Contempt. Error to the Superior Court of Cook county; the Hon. Harry A. Lewis, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Affirmed on authority of 239 Ill. App. 369. Opinion filed February 2, 1926. Rehearing denied February 17, 1926.

Edward J. McCarthy and Leo A. O'Reilly, for plaintiff in error; Stewart & O'Brien, of counsel. Robert E. Crowe, State's Attorney, for defendant in error; Henry T. Chace, Jr., Edward E. Wilson and Clarence E. Nelson, Assistant State's Attorneys, of counsel.

Per curiam.

---

**The People of the State of Illinois, defendant in error, v. Edward Deckert, plaintiff in error. Gen. No. 30,315.**

Contempt. Error to the Superior Court of Cook county; the Hon. Harry A. Lewis, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Affirmed on authority of 239 Ill. App. 369. Opinion filed February 2, 1926. Rehearing denied February 17, 1926.

Edward J. McCarthy and Leo A. O'Reilly, for plaintiff in error; Stewart & O'Brien, of counsel. Robert E. Crowe, State's Attorney, for defendant in error; Henry T. Chace, Jr., Edward E. Wilson and Clarence E. Nelson, Assistant State's Attorneys, of counsel.

Per curiam.

---

**The People of the State of Illinois, defendant in error, v. Joseph Soltis, plaintiff in error. Gen. No. 30,359.**

Error to the Municipal Court of Chicago; the Hon. John H. Lyle, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Reversed and remanded on authority of Gen. No. 30,358, *ante*. Opinion filed February 2, 1926.

Charles Horgan, for plaintiff in error; James M. Burke, of counsel. Robert E. Crowe, State's Attorney, for defendant in error.

Per curiam.

---

**The People of the State of Illinois, defendant in error, v. Steve Schultz, plaintiff in error. Gen. No. 30,363.**

Error to the Municipal Court of Chicago; the Hon. John H. Lyle, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Reversed and remanded on authority of Gen. No. 30,358, *ante*. Opinion filed February 2, 1926.

Charles Horgan, for plaintiff in error; James M. Burke, of counsel. Robert E. Crowe, State's Attorney, for defendant in error.

Per curiam.